# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:                  In Bankruptcy:

HOWARD E PERKINS, Jr.           Case No. 08-66841-WSD
EARLINE PERKINS                Chapter 7
                                            Hon. WALTER SHAPERO
                 Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $2.19 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374 | 6 | $2.19 |

                                                 **Total: $2.19**

                                                 Respectfully Submitted,

                                                 /s/ Gene R. Kohut
                                                 21 Kercheval Avenue, Suite 285
                                                Grosse Pointe Farms, MI 48236
                                                Phone: (313) 886-9765
                                                E-mail: ecftrustee@gktrustee.com
Dated: 01/21/2010                             [P47413]